IN THE MATTER OF THE PETITION OF MORRIS LITTMAN TO
VACATE AN ASSESSMENT.

(Argued February 5, 1878; decided February 12, 1878.)

THE petitioner alleged that the assessment upon his lot
was increased after notice of the completion of the assess-

ment.    The court held he was properly defeated, because he did not satisfactorily show that there was, in fact, any increase.

*Timothy F. Neville* for appellant.

*J. A. Beall* for respondent.

EARL, J., reads for affirmance.
All concur.
Judgment affirmed.